■ KRISTI CORRIE et al., Respondents, v COUNTY OF SUFFOLK et al., Appellants, et al., Defendants. [775 NYS2d 575]—In an action to recover damages for personal injuries, etc., the defendants County of Suffolk and Town of Smithtown separately appeal, as limited by their respective briefs, from so much of an order of the Supreme Court, Suffolk County (Burke, J.), dated April 15, 2003, as denied their separate motions for summary judgment dismissing the complaint insofar as asserted against them.

Ordered that the order is affirmed, with one bill of costs.

There are issues of fact requiring the denial of summary judgment. Ritter, J.P., S. Miller, Adams and Cozier, JJ., concur.

■ DITMARS REAL ESTATE CONSULTANTS, INC., Appellant, v MICHAEL J. FERLISI, Respondent. (And a Third-Party Action.) [775 NYS2d 879]—In an action to recover damages for legal malpractice, the plaintiff appeals from so much of an order of the Supreme Court, Kings County (Jackson, J.), dated July 1, 2003, as granted the defendant's motion for summary judgment dismissing the complaint and denied its cross motion for summary judgment.

Ordered that the order is modified, on the law, by deleting the provision thereof granting the defendant's motion for summary judgment and substituting therefor a provision denying that motion; as so modified, the order is affirmed insofar as appealed from, without costs or disbursements.

There are issues of fact requiring the denial of summary judgment. Prudenti, P.J., Ritter, H. Miller and Adams, JJ., concur.